UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH F. ESTRADA,<br><br>         Plaintiff,<br><br>   v.<br><br>RUSSELL DURAN, et al.,<br><br>         Defendants. | 1:23-cv-000609-GSA (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE**<br><br>**DEADLINE: MAY 29, 2023** |

Plaintiff is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

On or before May 29, 2023, plaintiff is required to submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **April 21, 2023**               **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE